IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TODD SHEFFLER,<br>WILLIE HEDDEN, and<br>ALEX BANTA<br><br>    Defendant. | No.: 19-CR-30067 |

# DEFENDANT ALEX BANTA'S MOTION
# TO CONTINUE THE PRESENTLY SCHEDULED
# PRE-TRIAL AND TRIAL DATES

Defendant ALEX BANTA, by his attorney Stanley N. Wasser, moves this Court to reschedule the presently scheduled pre-trial and trial dates in this matter on the grounds that this case is in its initial stages; Defendant Banta has not yet received the Government's disclosures; and Defendant Banta will require a reasonable amount of time to conduct his own investigation of witnesses and other proffered evidence. As indicated below, Government's counsel and co-defendants' counsel have no objection to this Motion.

In further support of this Motion, Defendant Banta states as follows:

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **1** of **5**

1. Defendant Banta, and the two co-defendants, were indicted on December 5, 2019. (d/e #1) Defendant Banta, and the two co-defendants, were arraigned and all three released on bond on December 6, 2019. *See* Minute Entry dated December 9, 2019. Defendant Banta remains released on bond without incident. The co-defendants also remain released on bond.

2. The Court set the following dates: the final pretrial conference is set for January 24, 2020 and the trial is set for February 4, 2020. *See* Minute Entry dated December 6, 2019.

3. The Indictment in this case level extremely serious charges against Defendant Banta, all arising from an incident at a state correctional center where an inmate died from injuries sustained in that incident: Count I – Conspiracy to Deprive Civil Rights; Count II – Deprivation of Civil Rights; Count 3 – Conspiracy to Engage in Misleading Conduct; Count 9 – Obstruction – Falsification of Document; and Count 10 – Obstruction – Misleading Conduct. Counts 4, 5, 6, 7, and 8, directed to the co-defendants make similar serious allegations of obstruction.

4. On December 6, 2019, the Court ordered discovery to commence. *See* Minute Entry dated December 6, 2019. On December 19,

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **2** of **5**

2019, Government's counsel forwarded a proposed Protective Agreement to counsel for Defendant Banta for review and signature.

      5.    At the December 6, 2019 initial appearance, the Court appointed Attorney Howard Feldman for the limited purpose of the initial appearance, arraignment and detention hearing and found that Defendant Banta did not qualify for court appointed counsel. On December 26, 2019, Defendant Banta engaged the law firm of FeldmanWasser to represent him in this criminal proceeding. On that same day, Attorney Stanley Wasser left a voice message with Government's counsel to discuss the proffered Protective Agreement. It was not until January 2, 2020, that Government counsel was able so speak with counsel for Defendant Banta. Counsel for the Government and Defendant Banta are working out the details of that Protective Agreement and expect for it to be in place shortly.

      6.    Once that Protective Agreement is in place, Defendant Banta and his counsel are expecting to receive the Government's disclosures. Defendant Banta and his counsel will require time to review the disclosures and to conduct his own investigation of witnesses and other

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **3** of **5**

proffered evidence, as well as conferring with counsel for the co-defendants as all three defendants are presently set to be tried together.

7. There is insufficient time between now and the scheduled final pretrial and trial dates for Defendant Banta's counsel to take the necessary review and investigation to effectively represent Defendant Banta.

8. Defendant Banta's counsel has conferred with Government's counsel and with counsel for the co-defendants and each has represented that they have no objection to continuing the presently set final pretrial and trial dates.

Wherefore, Defendant ALEX BANTA prays that this Court enter its order rescheduling the final pre-trial and trial dates to dates at least ninety (90) days hence to permit Defendant BANTA and his counsel to adequately prepare for trial in this cause.

                              ALEX BANTA, Defendant,

                              /s/Stanley N. Wasser
                              Stanley N. Wasser, #2947307
                              FeldmanWasser
                              1307 South Seventh Street
                              Springfield, IL 62703
                              217-544-3403
                              swasser@feldman-wasser.com

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page 4 of 5

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Timothy A Bass  tim.bass@usdoj.gov

  Victor B. Yanz  victor.yanz@usdoj.gov

  William L Vig  bill@vig-law.com

  Mark Wycoff  mark@wycofflaw.com

  James Elmore  elmoreandreid@sbcglobal.net

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

  Not Applicable

        BY: /s/Stanley N. Wasser
           Stanley N. Wasser, #2947307
           FeldmanWasser
           1307 South Seventh Street
           Springfield, IL 62703
           217-544-3403
           swasser@feldman-wasser.com

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **5** of **5**