IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TODD SHEFFLER,<br>WILLIE HEDDEN, and<br>ALEX BANTA<br><br>  Defendant. | No.: 19-CR-30067 |

### DEFENDANT ALEX BANTA'S SECOND MOTION
### TO CONTINUE THE PRESENTLY SCHEDULED
### PRE-TRIAL AND TRIAL DATES

Defendant ALEX BANTA, by his attorney Stanley N. Wasser, moves this Court to reschedule at least 90-days hence the presently scheduled pre-trial and trial dates in this matter on the grounds that this case is in its initial stages; Defendant Banta has not yet received additional Government disclosures that he has requested; and Defendant Banta will require a reasonable amount of time to conduct his own investigation of witnesses and other proffered evidence.

In further support of this Motion, Defendant Banta states as follows:

1.     Defendant Banta, and the two co-defendants, were indicted

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **1** of **6**

on December 5, 2019.  (d/e #1) Defendant Banta, and the two co-defendants, were arraigned and all three released on bond on December 6, 2019.  *See* Minute Entry dated December 9, 2019.  Defendant Banta remains released on bond without incident.  The co-defendants also remain released on bond.

2. The Court has set the following new dates:  the final pretrial conference is set for April 29, 2020 and the trial is set for May 1, 2020. *See* Text Order dated January 23, 2020.

3. The Indictment in this case level extremely serious charges against Defendant Banta, all arising from an incident at a state correctional center where an inmate died from injuries sustained in that incident: Count I – Conspiracy to Deprive Civil Rights; Count II – Deprivation of Civil Rights; Count 3 – Conspiracy to Engage in Misleading Conduct; Count 9 – Obstruction – Falsification of Document; and Count 10 – Obstruction – Misleading Conduct.  Counts 4, 5, 6, 7, and 8, directed to the co-defendants make similar serious allegations of obstruction.

4. On December 6, 2019, the Court ordered discovery to commence.  *See* Minute Entry dated December 6, 2019. On December 19, 2019, Government's counsel forwarded a proposed Protective Agreement

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **2** of **6**

to counsel for Defendant Banta for review and signature. On January 13, 2020, after negotiating the agreement terms, Defendant Banta's counsel returned the signed a revised Protective Agreement to Government's counsel. On January 14, 2020, counsel for Defendant Banta received the Government's disclosures.

5. On March 9, 2020, after reviewing the extensive Government disclosures, counsel for Defendant Banta sent a letter to Government counsel requesting five additional disclosures. This request is pending with Government counsel. On April 27, 2020, Government's counsel advised that additional disclosures will be forthcoming.

6. On March 18, 2020, Amended General Order 20-01 was issued in response to the COVID-19 public emergency. Paragraph 4 of that Order recites that all criminal jury trials scheduled to begin before May 18, 2020, are continued and shall be rescheduled by the presiding judge to a date after May 18, 2020. Since the order was issued, the Court has not yet rescheduled the above-captioned criminal case.

7. In view of the foregoing, being the current scheduling burdens that the COVID-19 public emergency has placed on the Court's administration of its case docket and the fact that there are additional

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **3** of **6**

discovery matters at issue between the Government and Defendant Banta, the interests of justice, a further continuance of this case is warranted and granting a further continuance is in the interest of justice.

8. Defendant Banta's counsel has conferred with Government's counsel and with counsel for the co-defendants. Co-defendants' counsel have both represented that they have no objection to a continuance. Government's counsel has advised that he has no objection to a continuance of 90 days.

Wherefore, Defendant ALEX BANTA prays that this Court enter its order rescheduling the final pre-trial and trial dates to dates at least ninety (90) days hence to permit counsel for Defendant BANTA and the Government to work through pending discovery matters, to permit Defendant Banta and his counsel sufficient time to review any additional Government disclosures that may be forthcoming, to complete Defendant Banta's investigation of this case, and to permit Defendant Banta and his counsel to adequately prepare for trial in this cause.

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **4** of **6**

ALEX BANTA, Defendant,

 /s/Stanley N. Wasser
Stanley N. Wasser, #2947307
FeldmanWasser
1307 South Seventh Street
Springfield, IL 62703
217-544-3403
swasser@feldman-wasser.com

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **5** of **6**

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Timothy A Bass | tim.bass@usdoj.gov |
| Victor B. Yanz | victor.yanz@usdoj.gov |
| William L Vig | bill@vig-law.com |
| Mark Wycoff | mark@wycofflaw.com |
| James Elmore | elmoreandreid@sbcglobal.net |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Not Applicable

> BY:   /s/Stanley N. Wasser  
> Stanley N. Wasser, #2947307  
> FeldmanWasser  
> 1307 South Seventh Street  
> Springfield, IL 62703  
> 217-544-3403  
> swasser@feldman-wasser.com

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **6** of **6**