IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>TODD SHEFFLER,<br>WILLIE HEDDEN, and<br>ALEX BANTA<br><br>　　Defendant. | No.: 19-CR-30067 |

**DEFENDANT ALEX BANTA'S MOTION
TO MODIFY BOND CONDITIONS TO PERMIT
TRAVEL FOR EMPLOYMENT PURPOSES
INTO MISSOURI WITHIN A THIRTY-MILE
RADIUS OF QUINCY, ILLINOIS**

Defendant ALEX BANTA, by his attorney Stanley N. Wasser, moves this Court pursuant to 18 U.S.C. §3142 to enter an order modifying the conditions of Defendant Banta's bond to permit him to travel for employment purposes into Missouri within a thirty (30) mile radius of Quincy, Illinois.  In support of this Motion, Defendant Banta states as follows:

　　1.　　On December 9, 2019, Defendant Banta was released on his own recognizance with standard conditions of release.  *See* Minute Entry

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **1** of **5**

of December 9, 2019, Appearance Bond (d/e #21), and Order Setting Conditions of Release (d/e #22).

2.   Defendant Banta has at all time been compliant with the conditions of his release.

3.   Release condition 7(b) requires Defendant Banta to continue or actively seek employment.

4.   Release condition 7(f) restricts Defendant Banta's travel to the Central District of Illinois.

5.   Defendant Banta resides in Quincy, Illinois.  Defendant Banta works for Andrew Likes who owns Andrew Likes Construction, 2204 N 2400th Ave Adams Camp Point IL 62320.  Defendant Banta first started working for this company as of February 8, 2021, and notified U.S. Probation Officer Michelle Cyrus of this employment.  Previously Defendant Banta had been doing Door Dash after he lost his job at Slumberland following his arrest.

6.   While Andrew Likes Construction has its own construction business, it works at times as an on-call subcontractor for Lowes Home Improvement.  From time to time, Lowes calls upon Andrew Likes Construction and assigns it a work project, which projects at times are in

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **2** of **5**

Missouri in an area that is not greater than a thirty-mile radius from Quincy, Illinois.

7. Andrew Likes Construction often receives these work assignments the day before it is to report to a jobsite in Missouri. Mr. Likes then reaches out to Defendant Banta and to Nathan Stoner, both of whom work for Andrew Likes Construction, to travel to the jobsite.

8. As Defendant Banta receives these notices on short notice, as had recently happened with the work assignment in Canton, Missouri, Defendant Banta seeks to have the Section 7(f) condition of his bond modified so that he can travel to Missouri, but not farther than a thirty-mile radius from Quincy, Illinois.

9. This modification will obviate the need for last-minute motions to be filed with the Court seeking a modification of the travel restriction of his bond.

10. Defendant Banta agrees to give prompt notice to his probation officer of the date, times and location of his travel.

Wherefore, for the above-stated reasons, Defendant Alex Banta prays that the Court modify condition 7(f) of the conditions of his release to permit Defendant Banta to travel for employment purposes with

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **3** of **5**

Andrew Likes Construction into Missouri, but no farther than a thirty-mile radius from Quincy, Illinois.

>ALEX BANTA, Defendant,
>
>  /s/Stanley N. Wasser_____
> Stanley N. Wasser, #2947307
> One of His Attorneys
> FeldmanWasser
> 1307 South Seventh Street
> Springfield, IL 62703
> 217-544-3403
> swasser@feldman-wasser.com

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **4** of **5**

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Timothy A Bass | tim.bass@usdoj.gov |
| Victor B. Yanz | victor.yanz@usdoj.gov |
| William L Vig | bill@vig-law.com |
| Mark Wycoff | mark@wycofflaw.com |
| James Elmore | elmoreandreid@sbcglobal.net |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Not Applicable

/s/Stanley N. Wasser
Stanley N. Wasser, #2947307
FeldmanWasser
1307 South Seventh Street
Springfield, IL 62703
217-544-3403
swasser@feldman-wasser.com

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **5** of **5**