E-FILED
Tuesday, 01 June, 2021  05:37:40 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

TODD SHEFFLER,
WILLIE HEDDEN, and
ALEX BANTA

    Defendant.

No.: 19-CR-30067

## DEFENDANT BANTA'S PROPOSED *VOIR DIRE* QUESTIONS

Defendant ALEX BANTA, by his attorneys, pursuant to Federal Rule of Criminal Procedure 24(a), requests the Court to propound the following *voir dire* questions in the selection of the jury or, in the alternative, to allow Defendant Banta's attorneys to pose these questions to potential jurors.

**Defendant Banta's Points and Authorities in support for propounding his proposed *voir dire* questions**:  Defendant Alex Banta is entitled to a jury trial in which the jurors are fair and impartial. U.S. Const. VI Amend.; *Turner v. United States*, 379 U.S. 466, 471-472 (1965)   The purpose of the *voir dire* process is to ensure as much as possible that the selected jurors are fair and impartial. *Tanner v. United*

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

*States*, 483 U.S. 107, 127 (1987)   There is no generally accepted formula for determining the appropriate breadth and depth of the *voir dire,* except that the court's discretion is "subject to the essential demands of fairness." *Aldridge v. United States*, 283 U.S. 308, 310 (1931)

Potential jurors who evidence actual bias, whether admitted or presumed, can be excluded for cause. *United States v. Brodnicki*, 516 F.3d 570, 574 (7th Cir. 2008)   The Supreme Court has said that ". . . the trial court has a serious duty to determine the question of actual bias," *Dennis v. United States*, 339 U.S. 162, 168 (1950), and that "all persons otherwise qualified for jury service are subject to examination as to actual bias." *United States v. Wood*, 299 U.S. 123, 133 (1936). Jury service by a person with actual bias in a particular case would violate the right to an impartial jury.

Even though a potential juror does not evidence actual bias necessitating their exclusion for cause, Defendant Banta is entitled to exclude a limited number of potential jurors for any non-discriminatory reason using preemptor challenges. *Swain v. Alabama*, 380 U.S. 202, 220 (1965) and Federal Rule of Criminal Procedure 24(b); *accord United States v. Smallwood,* 188 F.3d 905, 915 (7th Cir. 1999).

In order to make such challenges meaningful, both for cause and preemptory, the Court must allow Defendant Banta to explore the backgrounds and attitudes of the potential jurors. *Kiernan v. Van Schaik,* 347 F.2d 775, 779 (3d Cir., 1965); *United States v. Esquer*, 459 F.2d 431 (7th Cir., 1972); *United States v. Lewin*, 467 F.2d 1132 (7th Cir., 1972). "Courts have consistently held that the trial court, when endeavoring to preserve that right, should permit a reasonably extensive examination of prospective jurors so that the parties have a basis for an intelligent exercise of the right to challenge." *Fietzer v. Ford Motor Co*., 622 F.2d 281, 284 (7th Cir. 1980)

In *United States v. Lewin*, 467 F.2d 1132 (7th Cir. 1972), a criminal case in which *voir dire* was conducted pursuant to Rule 24(a), Federal Rules of Criminal Procedure, the Seventh Circuit held that the trial court may abuse its discretion when limitations placed on the parameters of *voir dire* threaten to undermine the purpose for conducting an examination of prospective jurors:   the trial court "must exercise its discretion so as not to block the reasonable exploration of germane factors that might expose a basis for challenge, whether for cause or peremptory." *Id*. at 1138.

As stated by the Seventh Circuit, "[a]t a minimum, when requested by counsel, inquiry must be made into matters where the likelihood of prejudice is so great that not to inquire would risk failure in assembling an impartial jury."  *United States v. Dellinger*, 472 F.2d 340, 368 (7th Cir. 1972)

One issue presented by the facts of this case is possible racial bias, as the accused officers are Caucasian and the inmate who is alleged to have been assaulted is African-America.  Moreover, the issue of racial bias where police use of force is involved, has and continues to be an on-going subject of print and electronic news stories and opinion pieces. Where racial bias may be perceived by jurors as an issue in a case, and a defendant requests voir dire on the subject, as does Defendant Banta, it is an abuse of discretion to refuse the request. *Ham v. South Carolina*, 409 U.S. 524, 526-27 (1973); *United States v. Booker*, 480 F.2d 1310, 1311 (7th Cir. 1973).

A.     **The following are *voir dire* questions related to the coronavirus on which Defendant Banta requests that the Court *voir dire* the prospective jurors or permit Defendant Banta's attorneys to *voir dire* the prospective jurors:**

COVID Related Questions: As we are all aware, we are living in a

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

time where there is a serious virus that is going around, referred to as the coronavirus or COVID-19.  This virus has affected our personal and working lives as far as what we may do to protect ourselves from becoming infected by the virus.  This virus has also caused governmental bodies at the state and local level to put in place various restrictions in an effort to mitigate the effects of the virus.  Vaccines to address the virus have now become available and appears to mitigate the effects of the virus.

In view of this, we would like to ask you the following questions, as they may bear upon your qualifications to serve as a fair and impartial juror in this case:

1.     How concerned are you about potentially exposing others to COVID-19, or yourself being exposed to COVID-19, as a result of your jury duty?

2.     To the best of your knowledge, have you, or has anyone in your household, or has anyone you care for, recently been exposed to COVID-19?

3.     The Court will be implementing procedures to minimize your potential exposure to COVID-19 in the courthouse, in this courtroom, and

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **5** of 44

in the jury room.  Even with these precautions, do any of you have any concerns related to COVID-19 that may affect your ability to pay attention and concentrate on the evidence in this case?   Do you believe that you can set aside those concerns and pay attention and concentrate on the evidence in this case as if no virus issue existed?

4.     In the last 14 days, have you, or has anyone in your household, or has anyone that you care for, been planning on taking a COVID test but have not done so yet?

5.      Are you, or is anyone in your household, or is anyone that you care for, awaiting any COVID test results?

6.     Have you, or has anyone in your household, or has anyone that you care for, been informed that you or they have tested positive for COVID?   When did you/they get the positive test result?

7.     Have you, or has anyone in your household, or has anyone that you care for, been required in the last 14 days to quarantine because of a doctor's order or by reason of some other mandatory requirement.

8.     Have you, or has anyone in your household, or has anyone that you care for, voluntarily quarantined in the last 14 days.

9.    In the last 14 days, have you, or has anyone in your household, or has anyone that you care for, been ill or had symptoms of an illness such as fever, coughs, shortness of breath, congestion, or other respiratory problems?

10.    Do you believe that you would be more likely to contract the coronavirus by appearing at court for the trial of this case?

11.    Does the sound of someone in the room coughing or sneezing trigger concerns that you might contract the coronavirus from them?

12.    If you were compelled to come into the courthouse or sit on the jury, how afraid would you be on a scale of 1-10 (1 being no fear and 10 being extreme fear) that you would expose other people in your household or other people you care for to the COVID-19 virus?

13.    Does the fact that you are being compelled to attend this court proceeding, and perhaps be selected as a juror, weigh upon you such that it might make it difficult to be a fair and impartial juror if you were so selected?

14.    How do you feel about taking the coronavirus vaccine if you were given the opportunity to receive that vaccine?

15.   If selected as a juror, would you be agreeable to promptly informing the Court if you, a member of your household, or someone that you care for, or someone you came in contact with, including another juror, appears to be ill?

16.   If selected as a juror, would you be agreeable to promptly informing the Court if you, a member of your household, received a COVID test?  of the results of any such COVID test?

17.   In view of the coronavirus, would you be inclined to change your verdict to agree with others, or compromise with other jurors, in order to end deliberations faster so you could leave the courthouse sooner?

18.   Have you posted anything on social media (Facebook, Twitter, Instagram, blog posts, and the like) expressing your views about wearing masks, social distancing, or anything else about the coronavirus or any government actions taken in response to the coronavirus?

19.   Have you protested either publicly or at work any stay-at-home type orders or mandatory mask orders?

**B.     The following voir dire questions address subjects which are reflected in the Magistrate's "Juror Questions In**

Criminal Cases" and also those which other Judges in this Court have routinely posed to potential jurors.  In addition, Defendant Banta has set forth additional questions that he believes need to be posed to potential jurors in order to ensure a fair trial.

Where the subject matter of the question is contained in whole or in part in the Federal Magistrate's "Juror Questions In Criminal Cases", those questions contain the reference "[TSH__]", with the blank being the number of the question as set out in the Magistrate's "Juror Questions In Criminal Cases".  The reference "[SEM__]" is to questions set out in Judge Sue E. Myerscough's "General Voir Dire Procedure and Court's Proposed Voir Dire."

1.   <u>Medical/Physical Condition [TSH6]</u>:  **Do you have any medical or physical condition, or are you presently taking any medication, or do you have any hearing difficulties that might make it difficult for you to serve as a juror in this case?**

Please explain [in private conversation].

2.   <u>Knowledge of Any Other Jurors:</u>   Do you know any of the other potential jurors here today?   Get details.

3.   <u>Knowledge of the Parties [TSH18]</u>: **The parties involved in this case are [identify].  Do you know or have you heard of any of these parties?**

Who do you know?

Without going into any details, generally how is it that you know that party?

Will your acquaintance with [name] affect your judgment as a juror in this case?  How so?

Will you be able to serve as a fair and impartial juror even if it means that you may reach a decision that is not favorable to the interests of [name]?

4.    Knowledge of Attorneys or Court Personnel [TSH17, 19]:  **Do you know or have you heard of any of the defendants' lawyers or their law firms that are involved in this case?   of the Government's lawyers that are involved in this case?**

**Do you know or have you heard of the U.S. Attorney's office or any employee of that office?**

Which ones?

Without going into any details, generally how is it that you know them?

Will your acquaintance with them affect your judgment as a juror in this case?  How so?

Will you be able to serve as a fair and impartial juror even if it means that you may reach a decision that is not favorable to the interests of [name]?

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **10** of 44

**Do you know any of the court personnel involved in this case?**

Who?   How do you know that person?

For how long have you known that person?

Do you socialize with that person?      How frequently?

Do you believe that your relationship with "x" will make it difficult for you to serve as a fair and impartial juror in this case?

If selected as a juror, do you understand that you should not speak or communicate in any manner with "x" about this case?


**At the Government's counsel table is an agent with the FBI. Do you know or are you acquainted with this FBI agent?**

Do you know or are you acquainted with any other agents or employees who work for the FBI?

Without going into any details, generally how is it that you know that person?

Will your acquaintance with them affect your judgment as a juror in this case?  How so?

What if any feelings or opinions do you have about the FBI?

Will you be able to serve as a fair and impartial juror even if it means that you may reach a decision that is not favorable to the interests of [name]?

5.    <u>Knowledge of Witnesses [TSH20]</u>:  **One or more of the following persons may testify in this case:**

[READ LISTS]

Do any of you know any of these persons that I have named?

How do you know that person?

Would your acquaintance with that person affect your judgment as a juror in this case?  How so?

6.    <u>Knowledge of Western IL Correctional Center</u>:  **The events in this case occurred at the Western Illinois Correctional Center in Mt. Sterling, Illinois.**

Do you know anyone who applied for a job at or who was or is employed, or is or was in any way connected with Western Illinois Correctional Center?

Who?    What is your/their connection to Western Illinois Correctional Center?

Would this connection to Western Illinois Correctional Center affect your judgment as a juror in this case?  How so??

7.    <u>Knowledge About This Case [TSH15, 16]</u>:  **I have read you a Statement about this case and identified for you the attorneys, the parties, possible witnesses and possible event locations.  Do**

**any of you believe that you may have heard about or read about anything that relates to this case?**

**Do any of you believe that you may know anything about the facts that relate to this case?**

What have you heard/read/been told? [DO THIS AT SIDEBAR]

Based on what you have heard or read about this case, do you believe as you sit here now that you have feelings about supporting one side or the other in this case? [DO THIS AT SIDEBAR]

Is there anything about what you have heard/read/been told that would make it difficult for you to serve as a fair and impartial juror in this case? [DO THIS AT SIDEBAR]

Would you be able to disregard what you may have heard/read/been told and decide this case solely on the evidence presented to you and on the principles of law that the Court will instruct you?  [DO THIS AT SIDEBAR]

8.    Type of Case [TSH21][SEM8]: **This case is a criminal case.**

Do any of you feel that you would have any difficulty serving as a fair and impartial juror in a criminal case?   Why is that?

Have you, or has any family member, relative or close friend been a victim of a crime or been affected in any way by criminal activity? Please tell us about the circumstances of your/their connection to the crime or the criminal activity.

Were there any court proceedings related to that matter that you/they observed or were involved in?

What kind of crime?   When did the crime occur?

Did you/they suffer any kind of personal injury or loss of property?

Is there anything about the nature of this case that would affect your ability to serve as a fair and impartial juror in this case?

    Why is that?

Do you believe that you could put aside your/their experience in the matter that you have described in carrying out your duties as a juror in this case?

Do you believe that you could serve as a fair and impartial juror in this case and to decide this case on the evidence presented in this case and the law as given to you by the Court in this case, without being affected in any manner by your/their involvement in the other criminal matter that you told us about?

    9.   <u>Jury Experience [TSH8]</u>:  **Have you, or has any family member, relative or friend, served as a juror in any federal or state court trial proceeding or as a grand juror in any federal or state matter?**

Were any of the attorneys present here today involved in the case?

Were any of the persons I have identified to you as possible witnesses involved in the case?

Was the trial proceeding a civil and criminal proceeding?

In that trial case did you/they deliberate to a verdict?

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **14** of 44

What was the verdict?

In that grand jury matter did you/they vote to return an indictment?

Was there anything about your/their experience as a juror that might make it difficult for you to serve as a fair and impartial juror in this case?

10.  Lawsuit Experience [TSH10, 12]:  **Have you, or has any family member, relative or friend, ever been prosecuted for a criminal offense or ever been a party to a civil lawsuit in any federal or state court?**

Who?   In what court?   When?

Was any federal or state government agency involved? Which one?

Were you/they a plaintiff or a defendant?

What type of lawsuit was it?

When was that lawsuit?

What was the outcome of that lawsuit?

Were any of the attorneys present here today involved in the case?

Would you say that your/their experience as a party to a lawsuit was a positive or a negative experience?  Why so?

Was there anything about your/their experience in that lawsuit that might make it difficult for you to serve as a fair and impartial juror in this case?

11.  <u>Incarceration:</u>  **Have you, or has any family member, relative or friend, ever been incarcerated in a jail or a prison?**

When?   For what offense?

How much time did you/they serve?

During your/their jail/prison term where you/they subjected to any disciplinary action for not following the jail/prison rules?   [Get details]

While incarcerated did you/they feel that you/they were wrongfully subjected to the use of force by correctional or jail personnel?

Did you/they ever file a grievance or a lawsuit about that use of force?

When?   Where?   Who was involved?   Briefly describe what happened?

What was the outcome of your/their grievance/lawsuit?
Are you/they presently serving a term of probation or parole?

Is there anything about your/their jail/prison experience that would make it difficult for you to serve as a fair and impartial juror in this case?

12.      <u>Witness Experience:</u>  **Have you, or has any family member, relative or friend, ever been a witness in a federal or state court proceeding, including any grand jury proceeding?**

Which court?  What type of case?

Were any of the attorneys present here today involved in the case?

Were any of the persons I have identified to you as possible witnesses involved in the case?

Was there anything about your/their experience as a witness that might make it difficult for you to serve as a fair and impartial juror in this case?

13.      <u>Court or Law Firm Employment Experience {SEM8]:</u>  **Have you, or has any family member, relative or friend of yours, ever applied for a job with or has been or is now employed by a court or by a law firm or by a business that deals regularly with the court system or law firms?**

By what court/firm?

In what type of job where you/they employed?

What are /were your/their job duties?

Is there anything about your/their work experience that might make it difficult for you to serve as a fair and impartial juror in this case?

14.    <u>Law Enforcement and Government Employment Experience</u>

[TSH13]:    **Have any of you, or has any relative, close friend or other household member, applied for a job with or have worked in a prosecutor's office?   in law enforcement? in a prison or jail? for a probation office?  as a security guard?  for any federal, state or local government agency or body?  worked as military police?**

For whom did you/do you work?

When were you so employed?  For how long a period of time?

In what capacity were you/are you employed?

Describe your/their duties and responsibilities.

What other positions or employment did you/they hold with that entity?

What, if any rank or job title do you/did you last hold?

To whom did you/do you report?

If you answered this question about a relative, close friend or other household member, would you discuss their job and job experiences with them, or they with you?   How often?

What kind of things did you hear or learn about?

Were specific cases discussed with you?

Did you discuss any views or opinions about law enforcement?   about people who are arrested?   about lawyers?   about the criminal justice system?

Have you/they ever participated in a ride-a-long in a police car? Which police agency?   How would you describe your/their experience?   Did you form any opinions about law enforcement as a result of that experience?

Do you, or any family member or close friend, socialize with or through your work or neighborhood have regular contact with anyone who works in law enforcement, a correctional or prison setting, in a probation or parole setting or in a security guard setting?

Is there anything about your/their employment experiences that might make it difficult for you to serve as a fair and impartial juror in this case?

15.   <u>Crime Victim Experience [TSH11]</u>: **Have you, or has any relative, close friend or other household member ever filed a police report?   Have you, or has any relative, close friend, or other household member, ever called the police about anything? Were you/they a victim of a crime?**

Tell us about the circumstances that caused you/they to file a police report or call the police.

Is there anything about that experience that you believe may affect your ability to serve as a fair and impartial juror in this case?

16.   <u>Experience With Lawyers/Judges/Law Enforcement:</u> **Have any of you, or has any family member, relative or friend, had any experiences involving lawyers or judges or representatives of law enforcement that might make it difficult for you to serve as a fair and impartial juror in this case?**

Without telling us anything that is confidential, can you tell us what was the nature of the experience that you/they had? When did this occur?

Were any of the attorneys present here today involved?

Do you believe that you could sit as a juror in this case and render a fair and impartial verdict?

17.   <u>Court Observation Experience:</u> **Have you observed any court proceedings, other than as a party, a witness or a juror?**

When?   How many times?    In which courthouse?

What was the nature of the proceeding you were observing?

Why were you observing the proceeding?

How did your experience in observing the proceeding affect you?

Did you form any opinions about court proceedings or the persons involved in the court proceedings by reason of what you observed?

Do you believe that your experiences in observing the court proceeding will in any way affect your ability to serve as a fair and impartial juror in this case?

18.   Elective/Appointive Officeholder Experience: **Have you, or has any family member, relative or friend, ever been elected to or appointed to serve as a member of any federal, state or local governmental agency or public body, including any law enforcement related agency or body, either presently or in the past?**

Which government agency or public body?

In what capacity?  When?

Is there anything about your/their experience that might make it difficult for you to serve as a fair and impartial juror in this case?

19.   Illinois Department of Corrections:   **Have you, or has any family member, relative or friend ever been employed by or been associated in any manner with the Illinois Department of Corrections?   Or has been employed by or associated with a company or vendor that does business with the Illinois Department of Corrections?**

Who?   Relationship?

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

In what capacity?

Is there anything about your/their experience that might make it difficult for you to serve as a fair and impartial juror in this case?

20.   <u>Volunteer Experience:</u> **Have your, or has any close family member or friend, ever worked as a volunteer for any law enforcement agency, correctional department or institution, or any other governmental agency?**

Tell us what this volunteer experience involved?   When?   For how long?

 Why did you/they volunteer?

What did you/they do as a volunteer?

Is there anything about your/their volunteer experience that might make it difficult for you to serve as a fair and impartial juror in this case?

21.   <u>Membership in Associations or Groups</u>: **Do any of you, does any family member, relative or close friend belong to any associations or groups who take an interest in the subject of law enforcement**?

**Do you, does any family member, relative or close**

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

**friend belong to or are you or they involved in any manner in crime prevention or law enforcement or neighborhood watch?**

What group or association?

In what capacity were you/they affiliated with that group or organization? [such as dues paying member, or also went to meetings, or served on committees]

How active would you say you/they are or have been with that group or association?

Did you/they hold any officer or director position with any such group or organization?

Were you/they involved in the publication or distribution of any materials, either written or other media, for that group or organization?   Explain?

Is there anything about your involvement with that group or association that could affect in any manner your ability to be a fair and impartial juror in this case?

22.  <u>Correctional   Officer,   Law   Enforcement   and   Inmate Witnesses/Parties:</u>   **There may be testimony in this case from**

**persons who are employed as correctional officers or law enforcement officers.**

Have you, or has any family member or close friend ever had an interaction with a law enforcement officer or correctional officer, where you or they felt that they were treated unfairly?

Do you have any negative or positive ideas of feelings about prison officials or correctional officers? If so, will that affect your ability to be a fair and impartial juror?

Do any of you believe that because any such person is employed as a correctional officer or law enforcement officer means that the testimony of that person is to be given greater weight or credibility simply because the person is employed as a correctional officer or law enforcement officer?

Will you be able to evaluate the testimony of any person employed as a correctional officer or law enforcement officer in the same manner that you evaluate the testimony of any other witness in this case?

**There may be testimony in this case from persons who are or have been inmates in a prison.** Are you, a close family member, or

friend acquainted with any person who was or is now incarcerated in jail or prison?

Do you have any negative or positive ideas or feelings about people who are serving terms in prison? If so, will that affect your ability to be a fair and impartial juror?

Do any of you believe that because any such person is or was prison inmate means that the testimony of that person is to be given lessor weight or credibility simply because the person was or is a prison inmate?

Will you be able to evaluate the testimony of any person who is or was a prison inmate in the same manner that you evaluate the testimony of any other witness in this case?

**If, at the end of the trial the court gives you an instruction that you should not give either greater or lesser weight to the testimony of a witness just because the witness is a law enforcement officer or a correctional officer or a prison inmate, would you have difficulty following that instruction because of feelings that you have, either positive or negative, about such officer or inmate?**

23.　Healthcare Experience:　**Have any of you, or has any relative, close friend or other household member, worked in the healthcare field, including as a doctor, nurse, an LPN, a CNA or a nurse tech?**

For whom did you/do you work?

When were you so employed?  For how long a period of time?

In what capacity were you/are you employed?

Describe your/their duties and responsibilities.

What other positions or employment did you/they hold with that entity?

To whom did you/do you report?

[If the juror worked in healthcare] As you heard from the Court's summary of the claims in this case, one claim involves Plaintiff's claim that he has a certain medical condition.  Will you be able to put aside your healthcare experiences and your healthcare knowledge and to decide Plaintiff's claim solely and only on the evidence presented to you in this courtroom and the instructions of law which the Court will give to you?

24.   <u>Involvement With Criminal Act:</u>  **Have you ever witnessed a criminal act for which you were not called into court to testify about?**

When did this take place? Where?

What was the nature of the criminal act?

Did you talk with the police about what you saw?

Were you asked to identify the person who was suspected of committing the criminal act? Were you able to identify the suspect?

Is there anything about this experience that you believe may affect your ability to serve as a fair and impartial juror in this case?


25.   <u>Jail/Prison Visit Experience:</u>  **Have any of you, or has any close family member, friend or other household member, ever visited a jail or prison?**

When did that occur?   On how many occasions?

Why were you/they visiting?

Is there anything about your/their experience which you believe could affect your ability to serve as a fair and impartial juror in this case?

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **27** of 44

[If the juror has such experience] Will you be able to put aside your experiences and to decide Plaintiff's claims solely and only on the evidence presented to you in this courtroom and the instructions of law which the Court will give to you?

26.    Knowledge of Prisoners/Ex-Offenders:  **Do you or does any family member or close friend, know of anyone who is currently in prison or who, in the past, served time in prison?**

Without telling us who, briefly describe who it is that knows that person and how they know that person.

Do you believe that there is anything about that experience that might make it difficult for you to serve as a fair and impartial juror in this case?

27.    The Fact of A Criminal Charge [TSH22]:  **Defendant Alex Banta has been charged with committing a criminal act.**  Does the fact that the Defendant has been charged with a crime affect your ability to serve as a fair and impartial juror in this case?

Do you feel that persons who have had criminal charges brought against them are most likely to be guilty of the charges?

Why is that?

Do you believe that if the prosecution goes to the trouble of bringing someone to trial that the person is probably guilty?

Why is that?

Do you understand that the fact that Alex Banta has been charged with a crime or is brought to trial has no bearing in any way upon and should not in any way be considered by you in this case as any evidence of guilt?

Does the fact that the Defendant has been charged with a crime and brought to trial make it difficult for you to presume the Defendant innocent? To serve as a fair and impartial juror in this case?

Do you believe that a defendant would lie on the stand to avoid being convicted of a crime?

Why?

28.   Presumption of Innocence and Burden of Proof [TSH24, 25, 26, 28, 30]:  **Are any of you expecting Alex Banta to as a defendant to put on some evidence that he is not guilty of the charges of which he is accused?**

Are any of you expecting the Alex Banta to testify in this case?

Would the fact that the Alex Banta does not testify in this case cause you even the slightest doubt about his innocence?

Do you understand that under the principles of law in this country that the Defendant has no obligation to produce any evidence in his defense?

Do you understand that under the principles of law in this country that the Defendant has no obligation to testify?

Do you understand that under the principles of law in this country, that the prosecutor, and only the prosecutor, has the burden of proof in this case?

Do you understand that under the principles of law in this country that the prosecutor must prove the Defendant guilty by proof that establishes beyond a reasonable doubt that the Defendant committed the crimes charged?

Do any of you have any concerns about or personal beliefs or feelings that cause you to disagree, even in the slightest, with any of these principles of law?

Do you understand that as a juror you are to decide this case solely based upon the evidence presented in this courtroom and to apply the law as provided to you by the Court, putting aside any sympathy or prejudice you may have?

Will you able to faithfully and without hesitation, follow these principles if you are selected as a juror in this case?


29.    Nature of the Charges [SEM8]:  **The charges against Alex Banta are as follows:  Count I – Conspiracy to Deprive Civil Rights;  Count II – Deprivation of Civil Rights;  Count 3 – Conspiracy to Engage in Misleading Conduct;  Count 9 – Obstruction – Falsification of Document; and  Count 10 – Obstruction – Misleading Conduct.**

Is there anything about the nature of the charges against the Alex Banta that could affect your ability to serve as a fair and impartial juror in this case?

Why is that?

Do you know of any reason why you may be prejudiced for or

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **31** of 44

against the Government or for or against the Alex Banta because of the nature of this case?

Knowing the nature of the charges in this case, do you believe that you could serve as a fair and impartial juror in this case?

30.   Race [TSH29]:  What kinds of experiences, if any, have you or has any family member, relative or close friend, had over the years with people of other races?

Have your/they experienced any situations involving racial tension that you or people you know have been involved in? What happened?

How have any of those experiences affected you?

Will any of those experiences make it difficult for you to serve as a fair and impartial juror in this case, knowing, as you do, that the Plaintiff is an African-American and the Defendants are Caucasians?

Have you been aware of any of other people who have indicated that they have prejudices or stereotypes about someone because of their race? How did you deal with that situation?

Do any of you have any feelings or beliefs about or towards minorities or African-Americans that you believe might make it difficult for you to serve as a fair and impartial juror in this case?

Do you understand and accept without any reservations or doubts that under the laws of the United States, all people, regardless of their race, are entitled to equal treatment under the law?

31.  <u>Juror Employment [TSH2]</u>: **Do you, because of the nature of your employment, feel that you may not be able to judge this case fairly and impartially?**

Why not?

Have any of you, any member of your family, or any very close personal friend ever engaged in investigating or otherwise acting upon claims for damages?

Do you believe that this will in any manner affect your ability to be a fair and impartial juror in this case and to decide this case only on the evidence presented to you in this courtroom?

Why not?   Explain?

32. <u>Law Studies [TSH9]:</u>  **Have any of you studied law or taken any law courses?**

Tell us a little about your studies/courses?

Is there anything about that experience that might make it difficult for you to serve as a fair and impartial juror in this case?

Do you have any family members, relatives or close friends who have studied or taken any law courses?

Would you be able to disregard what you may have learned in your law studies/law courses, or what you may have heard or learned from any family member, relative or close friend, and decide this case on the principles of law that the Court will instruct you?

33. <u>Television:</u>  **Do you watch lawyer, court or police related television programs?**

Which ones?

Which programs are your favorite programs?   Why?

How much of what you see do you believe is true?

Has what you have seen and heard on these programs affected your views about lawyers, courts and/or the police?

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **34** of 44

Do you believe that what you have seen and heard on these programs will affect your ability to serve as a fair and impartial juror in this case?  How so?

Do you believe that you can put out of your mind what you have seen and heard on these programs and decide this case on the basis of the evidence presented in the courtroom and on the principles of law which the Court will instruct you?

If selected as a juror in this case, would you be able to avoid watching these television programs during the entire time period in which you serve as a juror in this case?

34.   <u>Publications</u>: **Which newspaper, magazine, newsletter or other publications do you subscribe to or purchase regularly?**

Which ones?  Frequency?  For what length of time?

Do you believe that what you have read in this/these publications could affect your ability to serve as a fair and impartial juror in this case?  How so?

Will you be able to avoid any newspaper or radio stories that might report on this case?

35.     <u>Computers and Internet:</u>  **Do you use a computer or other electronic device in your home or at work that gives you access to the Internet?**

How often on a daily or weekly basis do you access the Internet?

**If selected as a juror in this case, and during the entire time period of your jury service:**

A.      Will you be able to avoid using the Internet to research or look up anything that you feel may have a bearing upon what you see or hear in this courtroom or about any decision you may need to make in this case?

B.      Will you be able to avoid any newspaper or radio stories that might report on this case?

C.   Do you understand that it is contrary to the oath that you will take as a selected juror to be influenced by anything that you may read or hear about this case in newspapers, on radio, from the Internet or even from another person?

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **36** of 44

D.   Do you understand that the reasons that it is contrary to your oath is that such Internet items are not evidence in this case and thus not proper for you to consider or be influenced by?

36.   <u>Social Media</u>: **Do you use any social media such as Facebook or Twitter?**

How often on a daily or weekly basis do you use social media?

**If selected as a juror in this case, and during the entire time period of your jury service:**

A.    Will you be able to avoid using social media to research or look up anything that you feel may have a bearing upon what you see or hear in this courtroom or about any decision you may need to make in this case?

B.    Will you be able to avoid any social media sites which may contain information on this case?

C.    Do you understand that it is contrary to the oath that you will take as a selected juror to be influenced by anything that you may read or hear about this case in social media, newspapers, on radio, from the Internet or even from another person?

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

D.    Do you understand that the reasons that it is contrary to your oath is that such social media items are not evidence in this case and thus not proper for you to consider or be influenced by?


37.    <u>National News Stories – Blue Lives Matter; Black Lives Matter; Defund The Police; Police Use Of Force; Prison Conditions</u>:

A.  Have you, or has a family member, been following news stories over the last year or so about the **Blue Lives Matter** movement?   Who?

How have you been following these stories?

How frequently have you read those stories?

What are your views of the Blue Lives Matter movement?

Have you participated in any way with that Movement? How?

Have you given any financial support for that Movement?


B.    Have you, or has a family member, been following news stories over the last year or so about the **Blue Lives Matter** movement? Who?

How have you been following these stories?

How frequently have you read those stories?

What are your views of the Blue Lives Matter movement?

Have you participated in any way with that Movement? How?

Have you given any financial support fit that Movement?

C.   Have you, or has a family member, been following news stories over the last year or so about what has been called the **Defund the Police** movement?   Who?

How have you been following these stories?

How frequently have you read those stories?

What are your views of the **Defund the Police** movement?

Have you participated in any way with that Movement? How?

Have you given any financial support fit that Movement?

D.   Have you, or has a family member, been following news stories over the last year or so about **police use of force**?   Who?

How have you been following these stories?

How frequently have you read those stories?

Based upon what you have read or seen, or based upon what family members have told or discussed with you, have you developed any feelings about police and their use of force.

Have you, any family member, or close friend seen the police or anyone else use force against another person?  Please explain.


E.    Have any of you read any books, reports, articles, or other publications relating to the **operation of jails or prisons** and the treatment of prisoners in Illinois or elsewhere in the United States? If so, have you formed any opinions based upon what you have read?

What is that opinion?

Will anything you have read affect your ability to serve as a fair and impartial juror?

Are any of you now or have any of you ever been, associated with any group or organization that is concerned with the operation of jails or prisons, the treatment of prisoners, or the reform of prisons in Illinois or elsewhere?

If so, have you formed any opinions based upon this experience?

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Will that experience affect your ability to serve as a fair and impartial juror?

38.    <u>Distracting Concerns:</u> **Do you have any problems or areas of concern at home or at work that might interfere with your ability to serve as a juror during this trial**?

Please explain [in private conversation].

39.    <u>Religious or Moral Views and Beliefs:</u>  **Do you have any religious or moral views or beliefs that might affect your ability to serve as a fair and impartial juror in this case?**

Would you briefly explain what they are?

Do you believe that those views might affect your ability to be a fair and impartial juror in this case?

Will you truly be able to set aside your personal religious or moral views and beliefs and decide this case solely on the evidence that is presented at trial and the instructions of law which the Court will give to you.

40.  <u>Formed Any Opinions During Voir Dire:</u> **As you sit here now, and from what you have heard so far, have any of you formed or expressed any opinion about this case?**

41. <u>Juror's Frame of Mind [TSH33]:</u>  **If you were either the Government or a Defendant in this case here today as these parties are, or if you were an attorney charged with the responsibility of representing the Government or a Defendant in this case, do you know of any reason why you would not be content to have your case tried by someone that is in the same frame of mind that you are in today?**

42.  <u>Anything Else Court Should Know</u>:  **Is there anything you have not told the Court that could affect your ability to make a fair and impartial decision in this case?**

43.  <u>Length Of The Trial [TSH5]:</u>  This case may take two weeks to try before it is turned over to you for your jury deliberations.  Will the possible length of this case pose any difficulties for any of you?

ALEX BANTA, Defendant,

By: /s/Stanley N. Wasser
      Stanley N. Wasser, #2947307
      One of His Attorneys
      FeldmanWasser
      1307 South Seventh Street
      Springfield, IL 62703
      217-544-3403
      swasser@feldman-wasser.com

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705

217/544-3403

Page **43** of 44

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Timothy A Bass | tim.bass@usdoj.gov |
| William L Vig | bill@vig-law.com |
| Mark Wycoff | mark@wycofflaw.com |
| James Elmore | elmoreandreid@sbcglobal.net |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Not Applicable

By: _/s/Stanley N. Wasser_____
Stanley N. Wasser, #2947307
One of His Attorneys
FeldmanWasser
1307 South Seventh Street
Springfield, IL 62703
217-544-3403
swasser@feldman-wasser.com