E-FILED
Wednesday, 16 June, 2021 04:44:23 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

TODD SHEFFLER,
WILLIE HEDDEN, and
ALEX BANTA

Defendant.

No.: 19-CR-30067

# DEFENDANT BANTA'S FINAL PRETRIAL CONFERENCE SUBMITTALS

Defendant ALEX BANTA, by attorneys, and pursuant to the Court's Standing Order On Final Pretrial Conferences, Exhibits, and Jury Instructions, submits the following documents and statements:

1. Statement of the Case: Traditionally the Government proposes the Statement of the Case for Defendants' review. As of this filing Defendant Banta has not received the Government's proposed statement of the case.

2. Defendant Banta's Witness List: Defendant Banta is filing his witness list separately so that it is filed under seal as required by

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

the Court's Order. Defendant Banta reserves the right to amend this witness list.

3. Defendant Banta's Exhibit List: Defendant is separately filing his exhibit list along with the filing of this Submittal. Defendant reserves the right to amend this exhibit list. In view of the shortness of time since this case was transferred to be heard by Your Honor, and given the schedule of Government's counsel, neither Defendant Banta's counsel, Defendant Sheffler's counsel, nor the Government's counsel have had the opportunity to confer about their respective exhibit lists.

4. Demonstrative Exhibits: Other than photographs and videos listed on Defendant Banta's Exhibit List, Defendant Banta is not presently planning on using any demonstrative exhibits, but reserves the right to do so depending upon the Government's case.

5. Stipulations: At present there are not stipulations. On May 9, 2021, Defendant Banta's counsel requested Government's counsel to advise of any proposed stipulations, but to date has received no response from Government's counsel.

6&7. Jury Instructions: Defendant is separately filing his proposed jury instructions (both with cited authority and clean

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

versions) along with the filing of this Submittal. Most likely these instructions may be duplicative of the Government's proposed instructions. On May 9, 2021, Defendant Banta's counsel requested Government's counsel to send its proposed jury instructions for review, but to date has received no response from Government's counsel.

8. Non-Routine *Voir Dire* Questions: On June 1, 2021, Defendant Banta filed with the Court and served Government and Defendant Sheffler's counsel with Defendant Banta's Proposed *Voir Dire* Questions – see docket entry #87.

9. Depositions: There are no depositions at issue in this case.

10. Pretrial Motions: Defendant Banta has previously filed with the Court and served Government and Defendant Sheffler's counsel the following pretrial motions:

A. Defendant Banta's *Santiago* Motion, filed June 1, 2020 (d/e #46)

B. Defendant Banta's Motion *In Limine* No. 1, filed January 6, 2021 (d/e #58)- *Bruton* Motion Directed to Co-Defendant Hedden

C. Defendant Banta's Motion *In Limine* No. 2, filed June 1, 2021 (d/e #80)- Omnibus Evidentiary Motion

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

D. Defendant Banta's Motion *In Limine* No. 3, filed June 1, 2021 (d/e #80)- Sequester Witnesses/Adverse Witnesses/Racial Motivation/Police Databases/Violations of IDOC Rules

E. Defendant Banta's Motion *In Limine* No. 4, filed June 1, 2021 (d/e #82)- Directed to Government Expert Dr. Norfleet

F. Defendant Banta's Motion *In Limine* No. 5, filed June 1, 2021 (d/e #83)- Directed to Government Expert Dr. Collier

G. Defendant Banta's Motion *In Limine* No. 6, filed June 1, 2021 (d/e #84)- *Bruton* Motion Directed to Co-Defendant Sheffler

H. Defendant Banta's Motion *In Limine* No. 7, filed June 1, 2021 (d/e #85)- Directed to Testimony About Knowledge of Cameras

I. Defendant Banta's Motion For Leave To File Under Seal, filed June 1, 2021 (d/e #86)- Directed to Autopsy Photos, Medical Records, Dr. Collier Video Interview

ALEX BANTA, Defendant,

By: /s/Stanley N. Wasser ________

Stanley N. Wasser, #2947307
One of His Attorneys
FeldmanWasser
1307 South Seventh Street
Springfield, IL 62703
217-544-3403
swasser@feldman-wasser.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Timothy A Bass tim.bass@usdoj.gov

William L Vig bill@vig-law.com

Mark Wycoff mark@wycofflaw.com

James Elmore elmoreandreid@sbcglobal.net

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Not Applicable

By: /s/Stanley N. Wasser ________
Stanley N. Wasser, #2947307
One of His Attorneys
FeldmanWasser
1307 South Seventh Street
Springfield, IL 62703
217-544-3403
swasser@feldman-wasser.com