IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TODD SHEFFLER,<br>WILLIE HEDDEN, and<br>ALEX BANTA<br><br>    Defendant. | No.: 19-CR-30067 |

## Defendant Alex Banta's Exhibit List

Defendant ALEX BANTA, by his attorneys, and pursuant to the Court's Standing Order On Final Pretrial Conferences, paragraph A(3), hereby files the attached exhibit list.

                         ALEX BANTA, Defendant,

                         By: /s/Stanley N. Wasser
                            Stanley N. Wasser, #2947307
                            One of His Attorneys
                            FeldmanWasser
                            1307 South Seventh Street
                            Springfield, IL 62703
                            217-544-3403
                            swasser@feldman-wasser.com

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **1** of **14**

## Defendant Alex Banta Exhibit List

| Case Name: *United States v. Sheffler et al* | Case No.: 19-CR-30067 | Page 1 of 12 |
|---|---|---|

| No. | Description | Admit w/o Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| B1A | FBI 302 REPORT OF INTERVIEW OF WILLIE HEDDEN 1.11.21 [Bates 7187-7191] | | | |
| B1B | VIDEO OF ISP INTERVIEW OF WILLIE HEDDEN 5.18.18 | | | |
| B1C | HEDDEN ANSWER TO FIRST AMENDED COMPLAINT IN DOCKET 19-CV-3010 5.11.20 (d/e #85) | | | |
| B1D | HEDDEN ANSWER TO FIRST AMENDED COMPLAINT IN DOCKET 19-CV-3010 7.20.20 (d/e #102) | | | |

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

| Case Name: *United States v. Sheffler et al* | | Case No.: 19-CR-30067 | Page 2 of 12 |
|---|---|---|---|
| **No.** | **Description** | **Admit w/o Objection** | **Authentication Waived** | **Objection** |
| B1E | DISCIPLINARY SUSPENSION NOTICE April 2009 [Bates/Garrity 5825] | | | |
| B1F | IDOC PERSONNEL ACTION FORM 10.4.02 SUSPENSION [Bates/Garrity 58271] | | | |
| B2A | VIDEO OF ISP INTERVEIW OF TODD SHEFFLER 5.18.18 | | | |
| B2B | FBI POLYGRAPH EXAM REPORT – SHEFFLER 5.23.19 [Bates 0313-0316] | | | |
| B2C | FBI VIDEO POLYGRAPH INTERVIEW OF SHEFFLER 5.23.19 (In 3 parts) | | | |
| B2D | FBI REPORT OF INTERVIEW OF SHEFFLER 2.28.21 [Bates 0233-0234] | | | |
| B2E | FBI REPORT OF INTERVIEW OF SHEFFLER 3.11.21 [Bates 0249-0253] | | | |

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **3** of **14**

| Case Name: *United States v. Sheffler et al* | | Case No.: 19-CR-30067 | | Page 3 of 12 |
|---|---|---|---|---|
| **No.** | **Description** | **Admit w/o Objection** | **Authentication Waived** | **Objection** |
| B2F | FBI REPORT OF INTERVIEW OF SHEFFLER 3.25.21 [Bates 0258-0261] | | | |
| B3A | BRETT HENDRICKS ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT IN DOCKET 19-CV-3010 (d/e #104) | | | |
| B3B | BRETT HENDRICKS RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES IN DOCKET 19-CV-3010 Oct 2020 | | | |
| B3C | FBI 302 REPORT OF INTERVIEW OF BRETT HENDRICKS 4.5.19 [Bates 0275-0277] | | | |
| B3D | VIDEO OF ISP INTERVIEW OF BRETT HENDRICKS 5.18.18 and 5.22.18 (3 parts) | | | |

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **4** of **14**

| Case Name: *United States v. Sheffler et al* | | Case No.: 19-CR-30067 | | Page 4 of 12 |
|---|---|---|---|---|
| **No.** | **Description** | **Admit w/o Objection** | **Authentication Waived** | **Objection** |
| B3E | HENDRICKS INCIDENT REPORT 5.17.8 [Bates/Garrity 1760] | | | |
| B4A | FBI 302 REPORT OF INTERVIEW OF MATTHEW LINDSEY 9.7.18 [Bates 181-184] | | | |
| B4B | MATTHEW LINDSEY ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT IN DOCKET 19-CV-3010 (d/e #104) | | | |
| B4B | FBI 302 REPORT OF INTERVIEW OF MATTHEW LINDSEY 5.3.19 [Bates 0297-0299] | | | |
| B5A | FBI 302 REPORT OF INTERVIEW OF BLAKE HAUBRICH 4.10.19 [Bates 278-281] | | | |
| B5C | VIDEO OF ISP INTERVIEW OF BLAKE HAUBRICH 5.22.18 (2 parts) | | | |

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **5** of **14**

| Case Name: *United States v. Sheffler et al* | | Case No.: 19-CR-30067 | Page 5 of 12 |
|---|---|---|---|
| **No.** | **Description** | **Admit w/o Objection** | **Authentication Waived** | **Objection** |
| B6A | FBI 302 REPORT OF INTERVIEW OF INTERVIEW OF DEREK HASTEN 4.23.19 [Bates 285-291] | | | |
| B6B | FBI 302 REPORT OF INTERVIEW OF INTERVIEW OF DEREK HASTEN 4.24.19 [Bates 290] | | | |
| B6C | VIDEO OF ISP INTERVIEW OF DEREK HASTEN 5.18,18 (3 parts) & 5.22.18 (2 parts) | | | |
| B6D | DEREK HASTEN'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES IN DOCKET 19-CV-3010 12.8.20 | | | |

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **6** of **14**

| Case Name: *United States v. Sheffler et al* | | Case No.: 19-CR-30067 | | Page 6 of 12 |
|---|---|---|---|---|
| **No.** | **Description** | **Admit w/o Objection** | **Authentication Waived** | **Objection** |
| B6E | IDOC REPORT OF INVESTIGATION OF HASTEN [Bates/Garrity 3563-3572] | | | |
| B7A | FBI 302 REPORT OF INTERVIEW OF INTERVIEW OF SHAWN VOLK 1.4.19 [Bates 218-224] | | | |
| B7B | FBI 302 REPORT OF INTERVIEW OF INTERVIEW OF SHAWN VOLK 5.31.19 [Bates 308-310] | | | |
| B7C | VIDEO OF ISP INTERVIEW OF SHAWN VOLK | | | |
| B7D | SHAWN VOLK RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES IN DOCKET 19-CV-3010 October 2020 | | | |

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **7** of 14

| Case Name: *United States v. Sheffler et al* | | Case No.: 19-CR-30067 | | Page 7 of 12 |
|---|---|---|---|---|
| **No.** | **Description** | **Admit w/o Objection** | **Authentication Waived** | **Objection** |
| B8A | FBI 302 REPORT OF INTERVIEW OF INTERVIEW OF KAYLIE DUESENBERG 8.8.18 [Bates 142-144] | | | |
| B8B | VIDEO OF ISP INTERVIEW OF KAYLIE DUESENBERG 5.18.18 | | | |
| B8C | KAYLIE DUESENBERG INCIDENT REPORT 5.17.18 [Bates 1697] | | | |
| B9A | FBI 302 REPORT OF INTERVIEW OF CHRISTINA SMITH 9.6.18 [Bates 188-189] | | | |
| B9B | VIDEO OF ISP INTERVIEW OF KAYLIE DUESENBERG 5.18.18 | | | |

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **8** of **14**

| Case Name: *United States v. Sheffler et al* | | Case No.: 19-CR-30067 | | Page 8 of 12 |
|---|---|---|---|---|
| **No.** | **Description** | **Admit w/o Objection** | **Authentication Waived** | **Objection** |
| B10A | FBI 302 REPORT OF INTERVIEW OF RICHARD WATTERSTRAAT 8.27.91 [Bates 360-364] | | | |
| B10B | RICHARD WATERSTRAAT ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT IN DOCKET 19-CV-3010 (d/e #104) | | | |
| B11A | ISP REPORT OF INTERVIEW OF BENJAMIN BURNETT 5.18.18 [Bates 5138-5140] | | | |
| B11B | VIDEO OF ISP INTERVIEW OF BENJAMIN BURNETT 5.18.18 | | | |

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **9** of **14**

| Case Name: *United States v. Sheffler et al* | | Case No.: 19-CR-30067 | Page 9 of 12 |
|---|---|---|---|
| **No.** | **Description** | **Admit w/o Objection** | **Authentication Waived** | **Objection** |
| B12A | WIIC OFFENDER OUTPATIENT PROGRESS NOTES – LARRY EARVIN – MAY 17, 2018 [Bates1291-1295] | | | |
| B13A | TYLER SHEARS – REPORT OF INTERVIEW 5.18.18 [Bates 405-407] | | | |
| B14B | ISP VIDEO INTERVIEW OF INMATE TYLER SHEARS 5.18.18 (2 PARTS) & 7.10.18 | | | |
| B15C | THOMAS HESS – REPORT OF INTERVIEW 6.24.18 [Bates 008-009] | | | |
| B16A | FBI TIMELINE FROM CAMERA 10.2.19 [Bates 24-32] | | | |
| B16B | ISP TIMELINE 5.18.18 [Bates/Garrity 704-715] | | | |

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

| Case Name: *United States v. Sheffler et al* | | Case No.: 19-CR-30067 | Page 10 of 12 |
|---|---|---|---|
| **No.** | **Description** | **Admit w/o Objection** | **Authentication Waived** | **Objection** |
| B16C | ISP TIMELINE [Bates 5128-5130] | | | |
| B17A.1 Thru B17A.17 | PHOTOGRAPHS DSC__0013JPG DCS__0016JPG DSC__0017JPG DSC__0019JPG DSC__0024JPG DSC__0025JPG DSC__0030JPG DSC__0040JPG DSC__0043JPG DSC__0046JPG DSC__0054JPG DSC__0057JPG DSC__0058JPG DSC__0062JPG DSC__0064JPG DSC__0068JPG DSC__0076JPG | | | |
| B17B | VIDEO OF ESCORT THRU BULLPEN 5.17.18 [Bullpen Exiting] | | | |
| B18 | ISP VIDEO INTERVIEW OF C/O JONATHON RICHMILLER 5.18.18 | | | |

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

| Case Name: *United States v. Sheffler et al* | | Case No.: 19-CR-30067 | Page 11 of 12 |
|---|---|---|---|
| **No.** | **Description** | **Admit w/o Objection** | **Authentication Waived** | **Objection** |
| B19 | ISP VIDEO INTERVIEW OF C/O MICHAEL RADECKI 5.18.18 | | | |
| B20 | BRADLEY POOL'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES IN DOCKET 19-CV-3010 Oct 2020 | | | |
| B21A | C/O HENDRICKS 5/17 INCIDENT REPORT [Bates/Garrity 1760] | | | |
| B21B | C/O EICHELBERGER'S 5/17 INCIDENT REPORT [Bates/Garrity 1765]] | | | |
| B21C | C/O SHEFFER 4.17 INCIDENT REPORT [Bates/Garrity 1761] | | | |
| B21D | C/O HEDDEN 4.17 INCIDENT REPORT [BATES/GARRITY 1759] | | | |

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **12** of **14**

| Case Name: *United States v. Sheffler et al* | | Case No.: 19-CR-30067 | Page 12 of 12 |
|---|---|---|---|
| **No.** | **Description** | Admit w/o Objection | Authentication Waived | Objection |
| B21E | C/O BANTA 4.17 INCIDENT REPORT [BATES/GARRITY 1757] | | | |
| B22 | FBI AGENT BRAY AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT 8.6.18 [Bates 5169-5181] | | | |
| B23 | DR. NORFLEET AUTOPSY REPORT [Bates 207-214] | | | |
| B24 | ISP VIDEO INTERVIEW OF DR. COLLIER | | | |
| B25 | EXCERPTS FROM ST. JOHNS HOSPITAL RECORDS [from Bates 1951–3225 /full set] | | | |
| B26 | EXCERPTS FROM CULBERTSON HOSPITAL RECORDS [from Bates1902-1939/full set] | | | |
| B27 | DR. SCOTT DENTON CV | | | |

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **13** of **14**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Timothy A Bass  tim.bass@usdoj.gov

  William L Vig  bill@vig-law.com

  Mark Wycoff  mark@wycofflaw.com

  James Elmore  elmoreandreid@sbcglobal.net

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

  Not Applicable

        By: /s/Stanley N. Wasser
         Stanley N. Wasser, #2947307
         One of His Attorneys
         FeldmanWasser
         1307 South Seventh Street
         Springfield, IL 62703
         217-544-3403
         swasser@feldman-wasser.com

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **14** of **14**