# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No.: 19-CR-30067 |
| TODD SHEFFLER, WILLIE HEDDEN, and ALEX BANTA | |
| Defendant. | |

## DEFENDANT BANTA'S PROPOSED ADDITIONAL JURY INSTRUCTION[1]

Defendant ALEX BANTA, by his attorneys, requests the Court to give the following additional instructions to the jury: Defendant Banta Instruction Numbers B12A.

Copies of this Instruction, both with cited authority and clean, are appended hereto.

As Defendant Banta has not yet seen the Government's proposed instructions and it is customary for the Government to put together the basic set of instructions, it is possible that some of Defendant Banta's

---

[1] On June 16, 2021, Defendant Banta filed his Proposed Jury Instructions with the Court (d/e #100).

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **1** of **3**

proposed instruction may be duplicative of what the Government proposes.

        ALEX BANTA, Defendant,

     By: /s/Stanley N. Wasser
        Stanley N. Wasser, #2947307
        One of His Attorneys
        FeldmanWasser
        1307 South Seventh Street
        Springfield, IL 62703
        217-544-3403
        swasser@feldman-wasser.com

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **2** of **3**

The defendants have been accused of more than one crime. The number of charges is not evidence of guilt and should not influence your decision.

You must consider each charge and the evidence concerning each charge separately. Your decision on one charge, whether it is guilty or not guilty, should not influence your decision on any other charge.

Defendant Banta's Instruction No. B12A
Seventh Circuit Pattern Criminal Instr. No. 4.06

Given _____
Refused _____
Modified _____
Withdrawn____

The defendants have been accused of more than one crime. The number of charges is not evidence of guilt and should not influence your decision.

You must consider each charge and the evidence concerning each charge separately. Your decision on one charge, whether it is guilty or not guilty, should not influence your decision on any other charge.

# CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Timothy A Bass    tim.bass@usdoj.gov

    Eugene L Miller    eugene.miller@usdoj.gov

    William L Vig    bill@vig-law.com

    Mark Wycoff    mark@wycofflaw.com

    James Elmore    elmoreandreid@sbcglobal.net

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Not Applicable

                                    By: /s/Stanley N. Wasser
                                        Stanley N. Wasser, #2947307
                                        One of His Attorneys
                                        FeldmanWasser
                                        1307 South Seventh Street
                                        Springfield, IL 62703
                                        217-544-3403
                                        swasser@feldman-wasser.com

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page 3 of 3