UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Monday, 02 August, 2021 05:41:50 PM
Clerk, U.S. District Court, ILCD

| UNITED STATES OF AMERICA | GOVERNMENT'S AMENDED EXHIBIT LIST |
|---|---|
| V. | |
| SHEFFLER, ET AL. | Case Number: 19-30067 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Sue E. Myerscough | Timothy A. Bass<br>Eugene Miller | Feldman/Wasser<br>Vig Law Offices |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| August 9, 2021 | Lisa Cosimini | Diane Meadows |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| Group Ex. 1 | | | | | IDOC Custodial Records of Inmate Larry Earvin |
| 2 | | | | | Aerial photograph of Western Illinois Correctional Center |
| 3 | | | | | Diagram of interior of Western Illinois Correctional Center |
| 4 | | | | | Personnel and Training Records for Alex Banta (Academy and In-Service) |
| 5 | | | | | Personnel and Training Records for Todd Sheffler (Academy and In-Service) |
| 6 | | | | | IDOC Video Surveillance (R-1 A, B, C, D Wings, Bullpen, Admin., Segregation) |
| 7 | | | | | Video still photographs from R1-B Wing |
| 8 | | | | | Video still photographs from R1-C Wing |
| 9 | | | | | Video still Photographs from R1-D Wing |
| 10 | | | | | Video still Photographs from Bullpen |
| 11 | | | | | Video still Photographs from Admin Building |
| 12 | | | | | Video still photographs from Segregation Building |
| 13 | | | | | Agent re-enactment Videos at R1 |
| 14 | | | | | Comprehensive video stills from Exhibit 6 with identified participants |
| Group Ex. 15 | | | | | Photographs of interior and exterior of R1 House at Western Illinois Correctional Center |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | **PRESIDING JUDGE** Honorable Sue E. Myerscough — **PLAINTIFF'S ATTORNEY** Timothy A. Bass, Eugene Miller — **DEFENDANT'S ATTORNEY** Feldman/Wasser, Vig Law Offices |
| | | | | | **TRIAL DATE(S)** August 9, 2021 — **COURT REPORTER** Lisa Cosimini — **COURTROOM DEPUTY** Diane Meadows |
| Group Ex. 16 | | | | | Photographs of exterior at Western Illinois Correctional Center (outside R1, bullpen, Admin., Segregation) |
| Group Ex. 17 | | | | | Photographs of interior of Segregation at Western Illinois Correctional Center |
| Group Ex. 18 | | | | | Photographs of Larry Earvin in Segregation Building |
| Group Ex. 19 | | | | | Photographs of IDOC staff in Healthcare Building at Western Illinois Correctional Center |
| Group Ex. 20 | | | | | Photographs of Larry Earvin dentures |
| Group Ex. 21 | | | | | Medical records from St. John's Hospital, Springfield, Illinois |
| Group Ex. 22 | | | | | Medical records from St. Mary's Hospital, Centralia, Illinois |
| Group Ex. 23 | | | | | Medical records from Culbertson Memorial Hospital, Rushville, Illinois |
| Group Ex. 24 | | | | | Medical records from IDOC |
| Group Ex. 25 | | | | | Nurse's notes from Exhibit 24 |
| Group Ex. 26 | | | | | IDOC Incident Reports (Banta, Sheffler, Hedden) |
| Ex. 27 | | | | | Hospital photographs of Larry Earvin |
| Ex. 28 | | | | | Hospital video recording of Larry Earvin |
| Ex. 29 | | | | | ISP Video Interview of Alex Banta |
| Ex. 30 | | | | | ISP Video Interview of Todd Sheffler |
| Ex. 31 | | | | | FBI Video Interview of Todd Sheffler |

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| Honorable Sue E. Myerscough | | | | | Timothy A. Bass<br>Eugene Miller | Feldman/Wasser<br>Vig Law Offices |
| TRIAL DATE (S)<br>August 9, 2021 | | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY<br>Diane Meadows |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT | |
| Ex. 32 | | | | | ISP Video Interviews of Tyler Shears | |
| Ex. 33 | | | | | Internal Telephone Records from IDOC-WICC | |
| Ex. 34 | | | | | Telephone records of Todd Sheffler, Willie Hedden and Alex Banta | |
| Group Ex. 35 | | | | | Summary charts of Exhibits 33 and 34 | |
| Group Ex. 36 | | | | | Witness Immunity Letters | |
| Ex. 37 | | | | | Willie Hedden Plea Agreement | |
| Ex. 38 | | | | | Autopsy Photographs | |
| Ex. 39 | | | | | Demonstrative Anatomical Charts | |
| Ex. 40 | | | | | Redacted answers to civil complaint by Alex Banta and Todd Sheffler (19-CV-310) | |