IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>TODD SHEFFLER,<br>WILLIE HEDDEN, and<br>ALEX BANTA<br><br>　　Defendant. | No.: 19-CR-30067 |

# DEFENDANT ALEX BANTA'S
## STATUS REPORT RE TRIAL CONTINUANCE
## AND
## MOTION FOR LEAVE TO SEEK A CONTINUANCE
## BY DECEMBER 21, 2021

Defendant ALEX BANTA, by his attorneys FeldmanWasser, makes this status report to the Court on the matter of whether the trial in the above-captioned matter that is set to begin January 3, 2022 should be continued and moves the Court for entry of an order allowing him to seek a continuance of the trial by no later than December 21, 2021. In support hereof, Defendant Banta states as follows:

FeldmanWasser
307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page 1 of 6

1. The trial in the above-captioned matter that is set to begin January 3, 2022.

2. On October 22, 2021, the Court directed that any further requests for a continuance of the trial date be addressed no later than December 14, 2021. *See* the Minute Entry of October 22, 2021.

3. On December 6, 2021, the undersigned attorney for Defendant Banta advised the Court, Government's attorneys, and Defendant Sheffler's attorneys, that Defendant Banta, who has previously been vaccinated, has tested positive for COVID[1], and that his attorneys would continue to monitor his situation.

4. This morning, December 14, 2021, the undersigned attorney for Defendant Banta checked with Defendant Banta regarding his condition. Defendant Banta reports that his

---

[1] Defendant Banta has given his attorneys permission to make statements to the Court and the parties regarding his positive COVID test and his health condition.

FeldmanWasser
307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page 2 of 6

condition is still the same, with strong headaches throughout the day, runny nose, cough, on and off fever, cold chills, and when doing any activity, shortness of breath. Defendant Banta has advised that his doctor indicated that should he have shortness of breath when not involved in an activity to contact the doctor or go the emergency room. Defendant Banta sought to get another COVID test to see if he was still testing positive, but he the Blessing Express Clinic in Quincy where he resides would not test him, telling him that it is possible to test positive for 90 days after the first positive test.

Defendant Banta has also advised that since testing positive, he moved from his house to his mother's house in Quincy[2] so that he would not be in contact with his girlfriend and their children who resided together with him.

5. Defendant Banta hopes that he will soon turn the

---

[2] The Probation Office is aware of this circumstance.

eldmanWasser
307 S. Seventh St.
ost Office Box 2418
pringfield, IL 62705
17/544-3403

corner on this infection and return to a state of wellness. He does not at this time want to ask for a continuance of his case. However, his prognosis going forward is unknown.

6. It is also unknown whether he would somehow remain contagious if he returned to a state of wellness.

7. In addition, the undersigned has now been advised this morning by Defendant Banta, that Defendant Banta's girlfriend, with whom he has been residing, is going to take a COVID after work today, as she has had similar, but much milder symptoms.

8. If Defendant Banta's girlfriend should test positive and Defendant Banta does not return to a state of wellness, or even should he return to a state of wellness, there is still an issue caring for their children age 3, 6, and 9, for which contingency Defendant Banta and his girlfriend are trying now to figure out their options. The three-year old is in day care and the other two children are in school.

eldmanWasser
307 S. Seventh St.
ost Office Box 2418
pringfield, IL 62705
17/544-3403

9. Defendant Banta does not now want to seek a continuance if at all possible. Within the coming week, Defendant Banta and his attorneys should know more about his circumstances, and thus, Defendant Banta is asking the Court for leave to seek a continuance over the next seven days, up through December 21, 2021.

Wherefore, for the above-stated reasons, Defendant Alex Banta asks this Court to grant him one additional week up through December 21, 2021, to seek a continuance of the trial in this case.

        ALEX BANTA, Defendant,

    By: /s/Stanley N. Wasser
       Stanley N. Wasser, #2947307
       One of His Attorneys
       FeldmanWasser
       1307 South Seventh Street
       Springfield, IL 62703
       217-544-3403
       swasser@feldman-wasser.com

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page 5 of 6

# CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Timothy A Bass    tim.bass@usdoj.gov

    Eugene L Miller    eugene.miller@usdoj.gov

    William L Vig    bill@vig-law.com

    Mark Wycoff    mark@wycofflaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Not Applicable

BY:   /s/Stanley N. Wasser
        Stanley N. Wasser, #2947307
        One of His Attorneys
        FeldmanWasser
        1307 South Seventh Street
        Springfield, IL 62703
        217-544-3403
        swasser@feldman-wasser.com

eldmanWasser
307 S. Seventh St.
ost Office Box 2418
oringfield, IL 62705
17/544-3403

Page 6 of 6