IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TODD SHEFFLER,<br>WILLIE HEDDEN, and<br>ALEX BANTA<br><br>    Defendant. | No.: 19-CR-30067 |

# DEFENDANT ALEX BANTA'S
# MOTION FOR TRIAL CONTINUANCE

Defendant ALEX BANTA, by his attorneys FeldmanWasser, moves the Court to continue the trial in this cause to a date in the Spring of 2022. In support hereof, Defendant Banta states as follows:

1.  The trial in the above-captioned matter that is set to begin January 3, 2022.

2.  For the following three reasons the trial in this matter should be continued to the Spring of 2022 at the earliest:

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **1** of **20**

A. **Defendant Banta's present health**: Defendant Banta is still suffering from the effects of a recent COVID-19 infection and it is not predictable when he may return to a state of wellness that would permit him to interact with his attorneys and to stand trial.

On December 6, 2021, the undersigned advised that Defendant Banta, who has previously been vaccinated, had tested positive for COVID-19,[1] and that his attorneys would continue to monitor his situation. On December 14, 2021, Defendant Banta advised the undersigned that his condition is still the same, with strong headaches throughout the day, runny nose, cough, on and off fever, cold chills, and when doing any activity, shortness of breath. On December 15, 2021, Defendant Banta advised the undersigned that he had been throwing up

---

[1] Defendant Banta has given his attorneys permission to make statements to the Court and the parties regarding his positive COVID-19 test and his health condition.

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **2** of **20**

constantly the night before.  On December 16, 2021 Defendant Banta advised the undersigned that he is still coughing and has bad headaches and he still felt what he has previously described to the undersigned as feeling fluish.

On the morning of December 17, 2021, the date of the last Court status conference, the undersigned again checked in with Defendant Banta who advised that he still feels fluish, still coughs, his body aches, and he has headaches "really bad".

Late in the afternoon of December 19, 2021, the undersigned again checked in with Defendant Banta who advised that he still has headaches, is coughing, is still somewhat fluish, and still has been unable to smell or taste.

It is self-evident that Defendant Banta is continuing to suffer from symptoms from his COVID-19 infection.  There is no way of knowing how long the symptoms will last.  There is also nothing that can be done for Defendant Banta to bring his infection condition to a close other than waiting it out.

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **3** of **20**

Moreover, once Defendant Banta recovers, it is expected that he will likely experience fatigue for a week or so once he resumes activities.[2]

Even then, and even if he tests negative for COVID-19, it is unknown whether he would still be contagious.  CDC reports the following on this point as of September 14, 2021 (which is before Omicron came on the scene)(emphasis supplied):[3]

> **Patients who have recovered from COVID-19 can continue to have detectable SARS-CoV-2 RNA in upper respiratory specimens for up to 3 months after illness onset**. However, replication-competent virus has not been reliably recovered and infectiousness is unlikely

---

[2] *See* https://www.cedars-sinai.org/blog/covid-19-brain-fog.html#:~:text=A%20full%20year%20has%20passed,inability%20to%20think%20straight, an article on post-Covid brain fog; and an article on post-Covid fatigue at https://www.webmd.com/lung/covid-fatigue#1

[3] https://www.cdc.gov/coronavirus/2019-ncov/hcp/duration-isolation.html

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **4** of **20**

CDC has also reported (emphasis supplied):[4]

> **Many recovered persons do not have detectable SARS-CoV-2 RNA in upper respiratory tract specimens. However, viral RNA can be persistently detected by reverse transcription polymerase chain reaction (RT-PCR) in respiratory tract samples in some persons after apparent clinical recovery**. In some persons, after testing negative by RT-PCR in two consecutive samples, later samples can test positive again. These persistent detections of viral RNA usually are associated with higher cycle threshold (Ct) values (i.e., fewer RNA copies) than Ct values found in RT-PCR results from samples collected shortly before or during clinical illness. **Studies that have examined how long SARS-CoV-2 RNA can be detected in adults have demonstrated that, in some persons, it can be detected for weeks.**

At the December 17, 2021 the Government suggested and the Court agreed that Defendant Banta should put something in the record from the medical persons who have seen him. On the morning of December 18, 2021, the undersigned received from Blessing's medical record department the medical records that

---

[4] https://www.cdc.gov/coronavirus/2019-ncov/hcp/faq.html#Infection-Control

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **5** of **20**

pertain to Defendant Banta's current condition. Concurrently with the filing of this Motion, Defendant Banta is filing a motion for leave to file his medical records under seal.

Defendant Banta would note for the record that he does not have an internist or family doctor so when he took sick he went to Blessing Hospital's walk-in and drive-thru clinics where he was only seen by a nurse. As noted previously, and as indicated in the medical records, Defendant Banta was told that if things get worse, particularly breathing, that he should again contact the clinic.

Unless and until Defendant Banta returns to a state of wellness, he will be unable to stand for trial. In addition, and before he contracted COVID-19, Defendant Banta's attorneys had set up a schedule in the latter part of December with Defendant Banta for final trial preparation with him. Given Defendant Banta's current condition, his trial preparation has been deferred pending resolution of his illness.

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **6** of **20**

B.  **Defendant Banta's Attorney Howard Feldman**:[5]

At the December 17, 2021 Court hearing, the undersigned advised the Court that Attorney Feldman's wife just had knee replacement surgery and he was at home caring for his wife. This surgery took place on December 13, 2021 and his wife went home late in the afternoon of December 14, 2021. The plan was for his wife to start physical therapy at home with Attorney Feldman continuing to care for his wife in the weeks after she returned home until she could safely move around by herself. In the early morning of December 18, 2021, Attorney Feldman's wife was taken by ambulance to St. John's hospital emergency room. After being admitted to the hospital and assessed, Attorney Feldman's wife was taken to the ICU unit to treat cardiac complications that were detected upon her admission and that apparently related to an underlying morbidity she has.

---

[5] Mr. Feldman has authorized release of the information herein.

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **7** of **20**

In addition, Attorney Feldman's wife was treated by IV antibiotics for what was diagnosed was multiple infections. Late on December 18, 2021, Attorney Feldman's wife was transferred from ICU to a cardiac floor at the hospital.

It is unknown how long she will remain in the hospital. As of the filing of this Motion it is understood that she continues to be treated with IV antibiotics and is to be seen by additional specialists. When discharged she will be discharged to a local rehabilitation facility where it is understood that she will remain for at least two weeks, after which it is hoped that she will be able to return home and continue physical therapy at home. During time, Attorney Feldman will be caring for his wife.

From December 13, 2021 to present date, Attorney Feldman has been away from the office and caring for his wife. Understandably, he has not been able to focus on preparing for the trial in this cause. The undersigned would note that he and

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **8** of **20**

Attorney Feldman had divided up certain the tasks that each would handle at trial. With Attorney Feldman out of the office, he and the undersigned have not been able to coordinate on trial preparation. Given his wife's circumstances, it is unknown how long it will be before Attorney Feldman can resume working on trial preparation.

Also, it is unknown at this point what course Attorney Feldman's wife's condition will take and what Attorney Feldman will be needed to do in caring for his wife.

C. **The Current COVID-19 Situation In the Central District of Illinois**: The Court is well aware of the current COVID-19 situation in the Central District of Illinois, the State of Illinois as a whole, and the country. We are now having to deal with a rapidly transmissible variant of the COVID-19 virus,[6] Omicron, a circumstance unknown to the Court and the

---

[6] *See* https://www.shawlocal.com/coronavirus/2021/12/17/illi

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

parties when this case was set in October 2021 for a January 3, 2022 trial date. The Omicron variant hit the United States near the end of November 2021.[7]

The seriousness of the Omicron variant was aptly summarized in an article in *The Atlantic* dated December 8, 2021 (emphasis supplied):[8]

> **Protection against infection after two doses is not looking very good**. "Omicron was a huge jump in evolution," says Jesse Bloom, an evolutionary virologist at the Fred Hutchinson Cancer Research Center, in Seattle. In what seems to be just a few months, the virus has changed as much as Bloom says he and many researchers expected it to change "over the span of four or five years." In a slew of recent lab studies, the potency of antibodies that can neutralize the virus dropped anywhere from five- to sevenfold against "pseudoviruses" that have been engineered to

---

nois-sees-most-covid-19-patients-in-the-icu-since-january-5/

[7] *See* https://www.cdc.gov/media/releases/2021/s1201-omicron-variant.html.

[8] https://www.theatlantic.com/health/archive/2021/12/omicron-spread-infection-severity/620948/

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

carry Omicron's spike mutations to 41-fold in a study with live Omicron viruses, which is the gold standard. (In the Beta and Delta variants, we saw drops of about six- and threefold compared with the original virus, respectively.) A 41-fold drop in neutralizing antibody activity after two doses does not mean a 41-fold drop in vaccine effectiveness. **The real-world impact is hard to predict, but the effect is big enough that protection against infection might be quite low,** says Florian Krammer, a virologist at Mount Sinai's Icahn School of Medicine. **"I think you're dealing with a variant that has no problem infecting vaccinated individuals," he says**.

The higher risk of reinfection due to Omicron has also been recently reported.[9]

COVID-19 infections and deaths in the central part of Illinois are on the rise. The Peoria and Bloomington communities recently reported that they are almost out of ICU

---

[9] https://www.reuters.com/business/healthcare-pharmaceuticals/omicron-may-raise-re-infection-risk-booster-protection-documented-2021-12-06/

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **11** of **20**

hospital beds.[10]   One need only read and watch the daily news and look at the IDPH website COVID-19 tracking information to see how bad things are in the counties comprising the Central District of Illinois court jurisdiction.[11]

For the counties in the Central District of Illinois court jurisdiction with the largest populations, IDPH reports as of midday on December 19, the following as to their now higher positivity rates, being the percentage of tests that are reporting positive for COVID-19:[12]

| | |
|---|---|
| Adams | 11.36 positivity rate |
| McLean | 4.96   positivity rate |
| Morgan | 6.30   positivity rate |

---

[10] *See* https://www.centralillinoisproud.com/news/local-news/mclean-county-hospitals-leaders-react-to-100-of-icu-beds-and-99-of-total-beds-being-in-use/ and https://www.pjstar.com/story/news/coronavirus/2021/12/16/unvaccinated-covid-19-patients-fill-unitypoint-peoria-hospitals-to-capacity/8922698002/

[11] *See* https://dph.illinois.gov/covid19.html
[12] The "positivity rate" term is explained at: https://publichealth.jhu.edu/2020/covid-19-testing-understanding-the-percent-positive

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **12** of **20**

    Sangamon      6.54   positivity rate

For comparison, in the latter part of October 2021 when the Court set the current January 2022 trial date, the positivity rates for these counties were as follows:[13]

    Adams         4.5 positivity rate
    McLean       2.1 positivity rate
    Morgan       1.5 positivity rate
    Sangamon    1.8 positivity rate

The rise in positivity rates is dramatic, and trending in the wrong direction.

    The Court has also been informed at the December 15 status hearing that at present many of the Government witnesses remain unvaccinated. The status of the defense inmate witnesses remains unknown. News reports are replete with stories and cautions of unvaccinated persons becoming

---

[13] These county metrics can be search on the following IDPH website: https://dph.illinois.gov/covid19/data/countymetrics/countyschool.html?county=Sangamon with the name of the county changed on the drop down menu.

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **13** of **20**

infected, as well as infecting others including vaccinated persons. IDPH's COVID-19 website reports that CDC says that "fully vaccinated people who do become infected with the Delta variant can spread the virus to others."[14] Even vaccinated persons can spread the virus according to a December 2021 article in *The Lancet*, a peer reviewed weekly medical journal.[15]

    3. The bottom line of all of this reporting and information that has come out in the last few weeks is that we here in the Central District of Illinois, as well as elsewhere in the State and country are faced once again with an unprecedented and serious public health safety issues. As of the filing of this Motion, the CDC website reflects that an extremely high percent of all

---

[14] https://dph.illinois.gov/covid19/resources-information/faq.html

[15] https://www.sciencedirect.com/science/article/pii/S2666776221002581?via%3Dihub

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **14** of **20**

counties in the country are currently experiencing a "high" level of community transmission, including every county in Illinois and every county in every state neighboring Illinois.[16] The 7-day positivity rate in Illinois as of December 17 is as high as it was back in the beginning of January 2021.[17]

4. This Court, to its credit, has wisely and appropriately acted in the interest of safety and has navigated the difficult balance of safety and having this trial proceed. It is safe to conclude that when Congress passed the Speedy Trial Act it did

---

[16] https://covid.cdc.gov/covid-data-tracker/#pop-factors_14daynewcases and https://covid.cdc.gov/covid-data-tracker/#county-view and https://covid.cdc.gov/covid-data-tracker/#county-view&list_select_map_data_parent=Risk&map-metrics-cv-comm-transmission=community_transmission_level&list_select_map_data_metro=all

[17] https://covid.cdc.gov/covid-data-tracker/#trends_dailycases_7daytestingpositive&territory-select=17&leftAxis=New_case&rightAxis=percent_positive_7_day

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **15** of **20**

not contemplate what would happen if there was a virulent virus pandemic.

5. The courthouse is not a facility that offers many options. Unless and until the COVID-19 trend lines improve it is clear that public health and safety is and will be seriously jeopardized. This is a situation that no one involved in this case either contemplated or wants.

6. The Court is aware that that the Government is not supportive of long delays and has made its position known to the Court at the most recent several hearings.

7. This Motion is made in the interest of fairness and justice and safety and not for the purpose of unreasonable or undue delay.

8. Section 3161(h)(7)(A) of the Speedy Trial Act gives the Court considerable latitude to grant continuances and exclude time under the Speedy Trial Act but requires an express finding that the "ends of justice . . . outweigh the best

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **16** of **20**

interests of the public and the defendant in a speedy trial." The reasons stated above give this Court a justifiable basis for finding that the ends of justice outweigh the interests of the public and the defendants to a speedy trial.   18 U.S.C. §3161(h)(7)(A)

    9.   Defendant Banta is prepared to go on the record again waiving his speedy trial rights.

    10.   At the last hearing the Court observed that the historical trend for the virus was that its effects lessened in the springtime.  The prior continuances were predicated in part on the hope that in letting more time pass, the effects of the virus will lessen.

    Wherefore, for all of the above-stated reasons, Defendant Alex Banta asks this Court to continue the trial of this case to the Spring of 2022.

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **17** of **20**

      ALEX BANTA, Defendant,

  By: <u>/s/Stanley N. Wasser</u>
    Stanley N. Wasser, #2947307
    One of His Attorneys
    FeldmanWasser
    1307 South Seventh Street
    Springfield, IL 62703
    217-544-3403
    swasser@feldman-wasser.com

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **18** of **20**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Timothy A Bass    tim.bass@usdoj.gov

    Eugene L Miller    eugene.miller@usdoj.gov

    William L Vig    bill@vig-law.com

    Sara M. Vig    sara@vig-law.com

    Mark Wycoff    mark@wycofflaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Not Applicable

    BY:  _/s/Stanley N. Wasser
          Stanley N. Wasser, #2947307
          FeldmanWasser
          1307 South Seventh Street
          Springfield, IL 62703
          217-544-3403

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705

217/544-3403

Page **19** of **20**

swasser@feldman-wasser.com

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403