3:19-cr-30067-SEM-TSH   # 224   Page 1 of 2

E-FILED
    Tuesday, 22 February, 2022  01:13:17 PM
    Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>     v.<br><br>TODD SHEFFLER,<br>WILLIE HEDDEN, and<br>ALEX BANTA<br><br>   Defendant. | No.: 19-CR-30067 |

## DEFENDANT BANTA'S CONSENT
## TO HAVE THE UNITED STATES MAGISTRATE JUDGE
## CONDUCT JURY SELECTION

Defendant Alex Banta, by his attorneys, and pursuant to the Court's Text Order of February 16, 2022, hereby consents to have a United States Magistrate Judge conduct the jury empanelment in the above-captioned matter, which jury selection is set to take place on March 23, 2022 at 9:00 a.m.

                                          ALEX BANTA, Defendant,

                                          /s/Stanley N. Wasser
                                          Stanley N. Wasser, #2947307
                                          One of His Attorneys
                                          FeldmanWasser
                                          1307 South Seventh Street
                                          Springfield, IL 62703
                                          217-544-3403
                                          swasser@feldman-wasser.com

## CERTIFICATE OF SERVICE

     I hereby certify that on February 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

     Timothy A Bass     tim.bass@usdoj.gov

     Eugene L Miller     eugene.miller@usdoj.gov

     Sara M. Vig     sara@vig-law.com

     William L Vig     bill@vig-law.com

     Mark Wycoff     mark@wycofflaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

     Not Applicable

     /s/Stanley N. Wasser  
     Stanley N. Wasser, #2947307  
     One of His Attorneys  
     FeldmanWasser  
     1307 South Seventh Street  
     Springfield, IL 62703  
     217-544-3403  
     swasser@feldman-wasser.com

**FeldmanWasser**  
1307 S. Seventh St.  
Post Office Box 2418  
Springfield, IL 62705  
217/544-3403

Page **2** of **2**