IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TODD SHEFFLER,<br>WILLIE HEDDEN, and<br>ALEX BANTA<br><br>  Defendant. | No.: 19-CR-30067 |

# DEFENDANT BANTA'S MOTION
# TO FILE EXHIBIT UNDER SEAL

Defendant Alex Banta, by his attorneys, moves this Court pursuant to Local Rule 5.11 for leave to file under seal an exhibit to the Motion *In Limine* No. 8 which Defendant Banta is filing on the issue of certain medical testimony pertaining to inmate Larry Earvin. In support of this Motion, Defendant Banta states as follows:

1.  This criminal case involves charges against Defendant Banta alleging various criminal law violations arising out of events in which the Government alleges that

Defendant Banta and the co-defendants used excess force against an inmate in a correctional center at which the three defendants were correctional officers, which force the Government alleges resulted in the death of the inmate.

2. As indicated in Defendant Banta's Motion *In Limine* No. 8, the Government intends to offer the testimony of its expert Dr. Patrick Collier who, among other things will testify about inmate Earvin having a mild traumatic brain injury in the form of a concussion. Based on the prior *Daubert* hearing testimony of Dr. Collier and the questions posed to him by the Government at that hearing, and as discussed in more detail in Defendant Banta's Motion *In Limine* No. 8, Defendant Banta believes that Dr. Collier may seek to testify about an opinion given by Dr. Todd D. Elmore as to whether inmate Earvin suffered a traumatic brain injury. Dr. Elmore is not a disclosed expert witness and this opinion appears only in the St. John's Hospital medical records disclosed by

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

the Government (at Bates numbered pages 2410-2412 – the opinion is stated at the bottom of Bates numbered page 2411 and at Bates numbered page 2534 – which page is contained within the sealed Government Exhibit 2 in the *Daubert* hearing). The Court has previously allowed medical related information about inmate Earvin to be filed under seal. *See* Court Text Order of June 17, 2021 in connection with Defendant Banta's Motion to File Under Seal (d/e #86) and Page 130 of the Transcript of the *Daubert* hearing.

  3. Allowing Defendant Banta to file under seal these medical records containing Dr. Elmore's opinion (Bates numbered pages 2410-2412 and 2354) is justified to protect personal medical information about the inmate.

  4. Government's counsel has advised that he has no objection to this Motion.

  Wherefore, Defendant Alex Banta prays that this Court enter its order allowing the filing under seal of the autopsy

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **3** of **5**

report exhibit to the Motion *In Limine* No. 8 at the time he files his Motion *In Limine* No. 8.

>ALEX BANTA, Defendant,
>
>By: /s/Stanley N. Wasser
>Stanley N. Wasser, #2947307
>One of His Attorneys
>FeldmanWasser
>1307 South Seventh Street
>Springfield, IL 62703
>217-544-3403
>swasser@feldman-wasser.com

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page 4 of 5

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Timothy A Bass | tim.bass@usdoj.gov |
| Eugene L. Miller | eugene.miller@usdoj.gov |
| Sara Vig | sara@vig-law.com |
| William L Vig | bill@vig-law.com |
| Mark Wycoff | mark@wycofflaw.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Not Applicable

By: /s/Stanley N. Wasser
Stanley N. Wasser, #2947307
FeldmanWasser
1307 South Seventh Street
Springfield, IL 62703
217-544-3403
swasser@feldman-wasser.com

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **5** of **5**