IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TODD SHEFFLER,<br>WILLIE HEDDEN, and<br>ALEX BANTA<br><br>    Defendant. | No.: 19-CR-30067 |

## DEFENDANT ALEX BANTA'S NOTICE OF FILING OF CHARACTER REFERENCE LETTERS

Defendant Alex Banta, by his attorneys, hereby give notice of the filing of seventy-seven (77) character reference letters for consideration by the Court in connection with his sentencing on January 6, 2023. Copies of these letters (two of which included photographs) are appended hereto.

ALEX BANTA, Defendant,

_/s/Stanley N. Wasser_____
Stanley N. Wasser, #2947307
One of His Attorneys
FeldmanWasser
1307 South Seventh Street
Springfield, IL 62703
217-544-3403
swasser@feldman-wasser.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

   Timothy A Bass  tim.bass@usdoj.gov

   Eugene L Miller  eugene.miller@usdoj.gov

   Sara M. Vig  sara@vig-law.com

   William L Vig   bill@vig-law.com

   Mark Wycoff  mark@wycofflaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

   Not Applicable

         /s/Stanley N. Wasser_____
         Stanley N. Wasser, #2947307

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403